HOME OWNERS CONSTRUCTION CO., PLAINTIFF-PETI-
TIONER, v. BOROUGH OF GLEN ROCK, DEFENDANT-
RESPONDENT.

*Mr. J. Mortimer Rubenstein* and *Mr. George L. Garrison* for the petitioner.

*Mr. George Winne* for the respondent.

June 2, 1960.   Granted.

CHARLES HOHL, PLAINTIFF-PETITIONER, v. TOWNSHIP
OF READINGTON, DEFENDANT-RESPONDENT.

*Mr. Edward Marshall* and *Mr. Leonard Adler* for the petitioner.

*Messrs. Wharton, Stewart & Davis* for the respondent.

June 2, 1960.   Denied.